

New Search | Collapse All

| Case Number | Filed Date | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|
| 542025CA000320CAAXMX [2025000320CAAXMX] | 09/17/2025 | Circuit Civil 3-C | OPEN | NO | YES |

| Filing Date | Description | Active | Contested | Judgment Date |
|---|---|---|---|---|
| 09/17/2025 | NEGLIGENCE- PREMISES LIABILITY COMMERCIA | YES | NO | - |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| UPCHURCH, SANDRA C | JUDGE | | |
| Ahlstrom, Ellyn   Search This Party | PLAINTIFF | SMITH, JESSE W | 33518 |
| National Railroad Passenger Co   Search This Party | DEFENDANT | | |

### Dockets

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| 📄 | 13 | 10/20/2025 | NOTICE OF APPEARANCE | 2 |
| 📄 | 11 | 09/18/2025 | SUMMONS ISSUED TO: NATIONAL RAILROAD PASSENGER CORPORATION, D/B/A AMTRAK | 2 |
| 📄 | 10 | 09/18/2025 | UNIFORM CASE MANAGEMENT ORDER | 3 |
| | 2 | 09/18/2025 | Payment received: $410.00 Receipt Number MX 2025015839 | |
| | 9 | 09/17/2025 | SUMMONS PROVIDED FOR CLERK TO ISSUE | 2 |
| 📄 | 4 | 09/17/2025 | COMPLAINT | 5 |
| 📄 | 3 | 09/17/2025 | CIVIL COVER SHEET | 3 |
| | 1 | 09/17/2025 | ASSESSMENT 1 - TOTAL $410.00 STANDARD FILING FEE - CA | |

### Judge Assignment History

| Assigned Date | Withdraw Date | Judicial Officer | Type |
|---|---|---|---|
| 09/18/2025 | 10/02/2025 | JANESK, KENNETH J II | |
| 10/02/2025 | - | UPCHURCH, SANDRA | |

### Court Events

| Event Date | Judge | Docket Type | Location | Prosecutor | Defendant Attorney |
|---|---|---|---|---|---|
No records found.

### Financial Summary

| Financial Summary | | | |
|---|---|---|---|
| Assessment | Total: $410.00 | Paid to Date: $410.00 | Balance Due: $0.00 |
| Restitution | Total: $0.00 | Paid to Date: $0.00 | Balance Due: $0.00 |

| Financial Details | | | | |
|---|---|---|---|---|
| Count | Assessment Due | Assessment Paid to Date | Restitution Due | Restitution Paid to Date | Last Payment Date |
| | $410.00 | $410.00 | $0.00 | $0.00 | - |

### Reopen History

| Reopen Date | Reopen Close Date | Reopen Reason |
|---|---|---|
No records found.

** Pursuant to Florida Statutes and Florida Rules of Court Procedure, records that have been designated as expunged, sealed or confidential may not be available through this service. For additional information on specific records please contact the Clerk of Court.